IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| KIMBERLY CARNS, individually and as Personal Representative of the Estate of CONSTANCE CARNS, and EDWARD CARNS, | ) ) ) ) ) | CV 09-151-M-DWM |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS HEREBY ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 23rd day of May, 2011.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT